# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

—————————————————————————
|  | ) |
| GULED HASSAN DURAN (ISN 10023), | ) |
|  | ) |
| Petitioner, | ) |
|  | ) |
| v. | ) | Civil Action No. 16-2358 (RBW) |
|  | ) |
| JOSEPH R. BIDEN, JR., in his official capacity | ) |
| as President of the United States, <u>et al.,</u> | ) |
|  | ) |
| Respondents. | ) |
—————————————————————————

## ORDER

Upon consideration of the petitioner's Unopposed Motion for Extension of Time,

ECF No. 122, and for good cause shown, it is hereby

**ORDERED** that the petitioner's Unopposed Motion for Extension of Time, ECF

No. 122, is **GRANTED**. It is further

**ORDERED** that, on or before April 9, 2021, the petitioner shall submit his response to

the respondents' Second <u>Ex Parte</u> Supplement to Their Motion for an Exception to Disclosure

Pursuant to Section I.D of the Case Management Order.

**SO ORDERED** this 4th day of March, 2021.

REGGIE B. WALTON
United States District Judge